Glenn Stearns, Chapter 13 Trustee
801 Warrenville Road, Suite 650
Lisle, IL  60532-4350
Ph: (630) 981-3888   Fax:  (630) 981-3896

In re:
MICHAEL F GESIAKOWSKI
JANET R GESIAKOWSKI

Case No. 09-40077
Account No.  7402
    MICHAEL F GESIAKOWSKI
    JANET R GESIAKOWSKI
    3209 HALSEY DRIVE
    WOODRIDGE, IL  60517

NATIONSTAR MORTGAGE
350 HIGHLAND DR
LEWISVILLE, TX  75067

UAW FORD LEGAL SERVICES PLAN
1579 HUNTINGTON DR
CALUMET CITY, IL  60409

PRO SE DEBTOR
ACTING AS OWN ATTORNEY

ROBERT N HONIG
116 S YORK ST #215
ELMHURST, IL  60126-3432

## NOTICE OF PAYMENT OF FINAL MORTGAGE CURE UNDER RULE 3002.1(f)

    Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Glenn B. Stearns, files this Notice of Final Cure Payment.  The amount required to cure the default in the claim has been paid in full.

    Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the debtor(s), debtor(s) Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating:

1) Whether it agrees that the debtor(s) have paid in full the amount required to cure the default on the claim; and

2) Whether the debtor(s) are otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

    The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement, The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f).  Failure to notify may result in sanctions.

    The undersigned certifies that this notice was sent to the above named parties on  June 20, 2014 .

/S/  Ryan Faye
For:  Glenn Stearns, Chapter 13 Trustee, Standing Trust